IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRY DARNELL LAWS, | | No. CIV S-09-2182-CMK-P |
| | Petitioner, | |
| | vs. | ORDER |
| MIKE KNOWLES, | | |
| | Respondent. | |
| _____/ | | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's motion to proceed in forma pauperis (Doc. 2). This application is incomplete as it is not signed by Petitioner nor is the certification completed by an authorized officer of the institution of incarceration.

  Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases requires any petition for a writ of habeas corpus filed with the court be accompanied by the applicable filing fee or a motion for leave to proceed in forma pauperis, completed along with a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." See also 28 U.S.C.

1

§§ 1914(a), 1915(a).  As petitioner's motion is missing this certification and his signature, declaring that the information provided is true and correct, the motion will be denied.

In addition, after Petitioner submitted his incomplete application, he paid the applicable filing fee in full.  Therefore, it appears Petitioner no longer wishes to proceed in forma pauperis, and his motion is thereby rendered moot.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to proceed in forma pauperis (Doc. 2) is denied as incomplete and moot.

DATED: August 19, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE